1  LAW OFFICES OF DANIEL FEDER
   Daniel L. Feder (SBN 130867)
2  E-mail: daniel@dfederlaw.com
   235 Montgonery Street, Suite 1019
3  San Francisco, California 94104
   Telephone:  (415) 391-9476
4  Facsimile:  (4150 391-9432

5  Attorneys for Plaintiff
   ARTI LAL
6
   SEYFARTH SHAW LLP
7  Dana L. Peterson (SBN 178499)
   E-mail: dpeterson@seyfarth.com
8  2029 Century Park East, Suite 3500
   Los Angeles, California 90067-3021
9  Telephone:  (310) 277-7200
   Facsimile:  (310) 201-5219
10
   Attorneys for Defendant
11 FIRSTSERVICE RESIDENTIAL CALIFORNIA, LLC

12
13                       UNITED STATES DISTRICT COURT
14                      NORTHERN DISTRICT OF CALIFORNIA
15

16  | ARTI LAL,                          | Case No. 3:21-cv-03816-WHO         |
17  |         Plaintiff,                 | **JOINT STATUS REPORT**            |
18  |     v.                             | Judge: Hon. William H. Orrick      |
19  | FIRSTSERVICE RESIDENTIAL, INC.,    | Complaint Filed: May 20, 2021      |
20  |         Defendant.                 |                                    |

21

22       The parties do hereby submit this Joint Status Report as directed by Honorable William H.

23 Orrick in his July 16, 2021 Order granting the Parties' stipulation to private arbitration and staying the

24 case.

25       The Parties have agreed to initiate arbitration proceedings with JAMS and are in the process of

26 selecting a mutually agreeable arbitrator. In the event the Parties are unable to agree upon an arbitrator,

27 they will utilize JAMS' strike process for arbitrator selection in employment cases. It is anticipated that

28

1

1  the arbitrator will be selected/appointed and an initial arbitration status conference scheduled within the next 90-days.

   The Parties will submit their next Status Report in three months, on Tuesday, January 19, 2022.

   Respectfully Submitted,

DATED: October 19, 2021                LAW OFFICES OF DANIEL FEDER

                                       By: _____ */s/ Daniel L. Feder*_____
                                              Daniel L. Feder
                                       Attorney for Plaintiff
                                       ARTI LAL

DATED: October 19, 2021                SEYFARTH SHAW LLP

                                       By: _____ /s/ *Dana L. Peterson*_____

                                              Dana L. Peterson
                                       Attorneys for Defendant
                                       FIRSTSERVICE RESIDENTIAL CALIFORNIA, LLC

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

                                              /**s**/ *Dana L. Peterson*