UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTIE LAL,

        Plaintiff,

    v.

FIRSTSERVICE RESIDENTIAL, INC,

        Defendant.

Case No. 21-cv-03816-WHO

**ORDER DISMISSING CASE**

This case has been stayed for arbitration since July 2021. On February 20, 2024, the parties were directed to file, on or before March 1, 2024, a notice of voluntary dismissal or a report regarding the status of the arbitration proceedings. Dkt. No. 23. The parties were warned that failure to file the dismissal or report would lead to dismissal of this case for failure to prosecute. Fed. Rule Civ. Proc. 41(b). *Id.*

As of the date of this Order, the parties have not filed a dismissal or status report. This case is DISMISSED for failure to prosecute. The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: March 4, 2024

William H. Orrick
United States District Judge

United States District Court
Northern District of California